# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Case No. 25-1219

## ANN MARIE MACCARONE

Plaintiff-Appellant,

v.

## SIEMENS INDUSTRY, INC.

Defendant-Appellee.

---

On Appeal From The United States District Court
For The District Of Rhode Island
Civil Action No. 20-cv-00259-JJM

---

## SUPPLEMENTAL APPENDIX OF DEFENDANT-APPELLEE SIEMENS INDUSTRY, INC.

Ms. Jillian S. Folger-Hartwell (#1135211)
Mr. Dimitrios Markos (#1216006)
LITTLER MENDELSON, P.C.
One Financial Plaza, Suite 2205
Providence, RI 02903
Phone (401) 824-2500
Fax (401) 454-2969
jfolgerhartwell@littler.com
dmarkos@littler.com

*Attorneys for Defendant-Appellee*

## TABLE OF CONTENTS

April 9, 2024 through April 29, 2024 email exchange regarding language in the settlement agreement ..................................................SUPP. APP. 1

| | |
|---|---|
| **From:** | Markos, Dimitrios T. |
| **To:** | Sonja Deyoe |
| **Cc:** | Folger-Hartwell, Jillian |
| **Subject:** | RE: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM \| CONFIDENTIAL MEDIATION COMMUNICATION |
| **Date:** | Wednesday, May 1, 2024 10:16:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good morning Sonja,

We have not received a response to our email from Monday, please inform us as to status by close of business today. If we do not hear back, we will request the necessary conference from the Court.

Thank you,
Dimitrios

**Dimitrios T. Markos**

Attorney at Law

973.848.4764 direct, 862.307.6022 mobile, 401.454.2969 fax

DMarkos@littler.com



Labor & Employment Law Solutions | Local Everywhere

One Financial Plaza, Suite 2205, Providence, RI 02903

**From:** Markos, Dimitrios T.
**Sent:** Monday, April 29, 2024 9:22 AM
**To:** Sonja Deyoe <sld@the-straight-shooter.com>
**Cc:** Folger-Hartwell, Jillian <JFolgerHartwell@littler.com>
**Subject:** RE: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM | CONFIDENTIAL MEDIATION COMMUNICATION

Hi Sonja,

Just following up on this, as we did not receive the signed settlement agreement back yet.

Thank you,
Dimitrios

**Dimitrios T. Markos**

Attorney at Law

973.848.4764 direct, 862.307.6022 mobile, 401.454.2969 fax

DMarkos@littler.com



SUPP. APP. 1

Labor & Employment Law Solutions | Local Everywhere
One Financial Plaza, Suite 2205, Providence, RI 02903

**From:** Markos, Dimitrios T.
**Sent:** Monday, April 15, 2024 8:24 PM
**To:** Sonja Deyoe <sld@the-straight-shooter.com>
**Cc:** Folger-Hartwell, Jillian <JFolgerHartwell@littler.com>
**Subject:** RE: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM | CONFIDENTIAL MEDIATION COMMUNICATION

Hi Sonja,

I confirmed with my client that they are amenable to paying some of the settlement via 1099. They agreed to 75/25. I also want to point out that my notes from the settlement conference indicate that Judge Sullivan specifically said the settlement should be paid via "W-2." We can assign a portion to penalties as you indicated, but I think 50/50 given Judge Sullivan's statement and the fact that only wage claims remain makes the 50/50 a stretch in this instance.

Happy to discuss further, but if this is acceptable we can move forward with the settlement paperwork.

Thank you,
Dimitrios

**Dimitrios T. Markos**
Attorney at Law
973.848.4764 direct, 862.307.6022 mobile, 401.454.2969 fax
DMarkos@littler.com



Labor & Employment Law Solutions | Local Everywhere
One Financial Plaza, Suite 2205, Providence, RI 02903

**From:** Sonja Deyoe <sld@the-straight-shooter.com>
**Sent:** Tuesday, April 9, 2024 3:49 PM
**To:** Markos, Dimitrios T. <DMarkos@littler.com>
**Cc:** Folger-Hartwell, Jillian <JFolgerHartwell@littler.com>
**Subject:** Re: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM | CONFIDENTIAL MEDIATION COMMUNICATION

Hi Dimitiros:

Ok, I will add that to section 9 (e).

My client would like to revisit the 1099 issue. She does have discrimination claims (even if summary

SUPP. APP. 2

judgment was granted on them) that would justify such a payment.  It also saves your client a few bucks in contributions to FICA.  She is asking for a 50/50 split which is not normally an issue, but I am asking if it is.  I could also argue that these payments were designated for penalties if it were to come up in a tax matter as those are not paid through payroll under the FLSA.

In other words, it is very justifiable, but if it isn't workable, so be it.

Kindly advise.


Sonja L. Deyoe, Attorney at Law
Law Offices of Sonja L. Deyoe - The Straight Shooter
395 Smith Street
Providence, RI 02908
(401) 864-5877
(401) 648-6738 Fax

The above may contain attorney-client privileged communication or the work-product of an attorney.  If you have received it in error, please contact the sender immediately and destroy any copy that you have been sent.

---

**From:** Markos, Dimitrios T. <DMarkos@littler.com>
**Date:** Tuesday, April 9, 2024 at 2:12 PM
**To:** Sonja Deyoe <sld@the-straight-shooter.com>
**Cc:** Folger-Hartwell, Jillian <JFolgerHartwell@littler.com>
**Subject:** RE: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM | CONFIDENTIAL MEDIATION COMMUNICATION

I just confirmed with our client.

She should contact:

Yunex Traffic
Legal and Compliance
ATTENTION: Pamela Brickner, Esq.
9225 Bee Cave Road
Building B, Suite 201
Austin, TX 78733


**Dimitrios T. Markos**
Attorney at Law
973.848.4764 direct, 862.307.6022 mobile, 401.454.2969 fax

SUPP. APP. 3

DMarkos@littler.com



Labor & Employment Law Solutions | Local Everywhere
One Financial Plaza, Suite 2205, Providence, RI 02903

---

**From:** Sonja Deyoe <sld@the-straight-shooter.com>
**Sent:** Tuesday, April 9, 2024 1:21 PM
**To:** Markos, Dimitrios T. <DMarkos@littler.com>
**Cc:** Folger-Hartwell, Jillian <JFolgerHartwell@littler.com>
**Subject:** Re: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM | CONFIDENTIAL MEDIATION COMMUNICATION

Dimitrios,

Where does Maccarone send notice if she is served with a subpoena seeking disclosure of the release?


Sonja L. Deyoe, Attorney at Law
Law Offices of Sonja L. Deyoe - The Straight Shooter
395 Smith Street
Providence, RI 02908
(401) 864-5877
(401) 648-6738 Fax

The above may contain attorney-client privileged communication or the work-product of an attorney.  If you have received it in error, please contact the sender immediately and destroy any copy that you have been sent.

---

**From:** Markos, Dimitrios T. <DMarkos@littler.com>
**Date:** Tuesday, April 9, 2024 at 1:02 PM
**To:** Sonja Deyoe <sld@the-straight-shooter.com>
**Cc:** Folger-Hartwell, Jillian <JFolgerHartwell@littler.com>
**Subject:** RE: Maccarone v. Siemens Indus., Inc. 20-cv-259-JJM | CONFIDENTIAL MEDIATION COMMUNICATION

Hi Sonja,

Please see attached. If you have any suggested changes, we just ask that you redline them for review.

SUPP. APP. 4

Thank you,
Dimitrios

**Dimitrios T. Markos**
Attorney at Law
973.848.4764 direct, 862.307.6022 mobile, 401.454.2969 fax
[DMarkos@littler.com](DMarkos@littler.com)



Labor & Employment Law Solutions | Local Everywhere
One Financial Plaza, Suite 2205, Providence, RI 02903

SUPP. APP. 5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2025, I electronically filed the foregoing document with the United States Circuit Court of Appeals for the First Circuit by using the CM/ECF system. I further certify that Plaintiff-Appellant is registered and will be served by the CM/ECF system:

Sonja L. Deyoe, Esq.
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
SLD@the-straight-shooter.com

                                                      */s/ Jillian S. Folger-Hartwell*
                                                      Jillian S. Folger-Hartwell